July 02, 2010

Mr. Brent L. Watkins
Zeleskey Cornelius Hallmark Roper & Hicks
P. O. Box 1728
Lufkin, TX 75902-1728
Mr. Trevor Allen Woodruff
Texas Department of Family and Protective Services
P.O. Box 149030 MC: Y-956
Austin, TX 78714-9030

RE: Case Number: 07-0960
 Court of Appeals Number: 12-06-00295-CV
 Trial Court Number: 38,251-05-02

Style: IN THE INTEREST OF B.G., C.W., E.W., B.B.W., AND J.W., CHILDREN

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Lehrmann not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Reba Squyres Clerk |
| |Ms. Cathy S. Lusk |
| |Ms. Michelle Wood |
| |Charanza |
| |Ms. Jennifer Dawn |
| |Armstrong |
| |Mr. Dewey Britt |
| |CASA Of Angelina County |